```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 17233
   SHERRIE WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3753


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/02/2008 and was not confirmed.

     The case was dismissed without confirmation 10/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CITIFINANCIAL              CURRENT MORTG         .00          .00            .00
CITIFINANCIAL              MORTGAGE ARRE      358.00          .00            .00
HARRIS NA                  SECURED VEHIC         .00          .00            .00
HARRIS NA                  UNSECURED       NOT FILED          .00            .00
WELLS FARGO FINANCIAL IL   CURRENT MORTG         .00          .00            .00
WELLS FARGO FINANCIAL IL   MORTGAGE ARRE     5108.35          .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED          .00            .00
CINGULAR                   UNSECURED       NOT FILED          .00            .00
SPIRIT OF AMERICA NATION   UNSECURED          264.18          .00            .00
CBT ASPIRE                 NOTICE ONLY     NOT FILED          .00            .00
BANK OF AMERICA BANK       UNSECURED         1580.55          .00            .00
CAPITAL ONE                UNSECURED         1947.67          .00            .00
CAPITAL ONE                UNSECURED         1056.79          .00            .00
CAPITAL ONE                UNSECURED         1016.57          .00            .00
CAPITAL ONE                UNSECURED       NOT FILED          .00            .00
CASHCALL INC               UNSECURED         3068.25          .00            .00
CHASE BP                   UNSECURED       NOT FILED          .00            .00
CHASE BP                   UNSECURED       NOT FILED          .00            .00
LVNV FUNDING               UNSECURED         7861.34          .00            .00
CITIFINANCIAL              UNSECURED       NOT FILED          .00            .00
DELL FINANCIAL SERVICES    UNSECURED         2506.04          .00            .00
EZ PAYDAY LOANS            UNSECURED       NOT FILED          .00            .00
LVNV FUNDING               UNSECURED          981.14          .00            .00
PREMIER BANKCARD           UNSECURED          409.10          .00            .00
FIRST USA BANK ^           NOTICE ONLY     NOT FILED          .00            .00
HOUSEHOLD FINANCE CORPOR   UNSECURED        18657.02          .00            .00
HSBC                       UNSECURED          677.17          .00            .00
HSBC                       UNSECURED          692.34          .00            .00
MERRICK BANK               UNSECURED          975.09          .00            .00
NATIONWIDE CASH            UNSECURED       NOT FILED          .00            .00
PAYCHECK NOW ELCO BANK &   UNSECURED       NOT FILED          .00            .00
PAYDAY MAX                 UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00            .00
QUICK CASH                 UNSECURED          820.00          .00            .00
VILLAGE OF FOREST PARK     UNSECURED          125.00          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 17233 SHERRIE WILLIAMS
```

```
ROUNDUP FUNDING LLC        UNSECURED        320.00            .00           .00
THROUGH THE COUNTRY DOOR   UNSECURED     NOT FILED            .00           .00
WEST SIDE EMERGENCY PHYS   UNSECURED     NOT FILED            .00           .00
WORLD FINANCIAL NETWORK    UNSECURED       1551.28            .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         76.04            .00           .00
CITIFINANCIAL              UNSECURED     NOT FILED            .00           .00
CITY OF CHICAGO            UNSECURED     NOT FILED            .00           .00
FINGERHUT DIRECT MARKETI   UNSECURED        396.74            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,824.00                       881.17
TOM VAUGHN                 TRUSTEE                                        68.37
DEBTOR REFUND              REFUND                                        149.77
```

Summary of Receipts and Disbursements:

----------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE             1,099.31

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  881.17
TRUSTEE COMPENSATION                             68.37
DEBTOR REFUND                                   149.77
                   ---------------        ---------------
TOTALS              1,099.31                  1,099.31

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/26/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE